**TRIBUNE–REVIEW PUBLISHING COMPANY, and WPXI, Respondents**

v.

**DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, Petitioner.**

Supreme Court of Pennsylvania.

March 8, 2002.

***ORDER***

PER CURIAM:

AND NOW, this 8th day of March, 2002, the petition for allowance of appeal is here-

by granted. The order of the Commonwealth Court is vacated and the matter is remanded for reconsideration in light of *LaValle v. Office of General Counsel*, 564 Pa. 482, 769 A.2d 449 (2001).

**Gerald CRISWELL, III and Tracey Criswell, et ux., Petitioners,**

v.

**David S. KING, Respondent.**

Supreme Court of Pennsylvania.

March 12, 2002.

***ORDER***

PER CURIAM.

**AND NOW,** this 12th day of March, 2002, the Petition for Allowance of Appeal is granted limited to the following issue: Whether Petitioner was required to object to the verdict prior the discharge of the jury where the verdict was not inconsistent?